MINUTE ENTRY
DOUGLAS, M.J., 2020
DECEMBER 14, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-415** |
| **BOARD OF COMMISSIONERS OF THE LOUISIANA STADIUM AND EXPOSITION DISTRICT** | **SECTION: "T" (3)** |

A settlement conference in the above matter was conducted on this date.

PRESENT: Andrew D. Bizer
Erin Wheeler
Loretta G. Mince
H. Michael Bush

A settlement could not be confected at this time. Counsel are instructed to notify the undersigned if an additional settlement conference would be beneficial prior to trial.

_____
DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

MJSTAR(2.50)